# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IRMA RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOUR FIRST CHOICE, LLC,<br><br>　　　　　Defendant. | Case No. 2:16-cv-02447-APG-CWH<br><br><br><br>**ORDER** |

Presently before the Court is Plaintiff's motion to strike (ECF No. 6), filed on November 16, 2016. Plaintiff moves the Court to strike Defendant's answer (ECF No. 5). As of the date of this order, Defendant has not filed a response.

Plaintiff argues that Defendant's answer is improper, as it was filed by a Mr. Janie Chavez on behalf of Defendant, which is a corporation registered in the state of Nevada. The Court notes that Mr. Chavez does not appear to be an attorney licensed to practice in this court, and so may not appear on behalf of others. *Johns v. Cty. of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997). Defendant's answer is styled as a "pro se" filing. However, the privilege of acting pro se is personal, and cannot be used to represent another person or legal entity. *C.E. Pope Equity Trust v. U.S.* 818 F.2d 696, 697 (9th Cir. 1987). Mr. Chavez is not a named defendant and so may not make filings in this case.

IT IS THEREFORE ORDERED that Plaintiff's motion to strike (ECF No. 6) is GRANTED. The Clerk of Court shall STRIKE Defendant's answer (ECF No. 5).

DATED: December 12, 2016.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　C.W. Hoffman, Jr.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1