# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IRMA RODRIGUEZ, | Case No. 2:16-cv-02447-APG-CWH |
| Plaintiff, | |
| v. | **ORDER GRANTING UNOPPOSED MOTION TO AMEND** |
| YOUR FIRST CHOICE, LLC, | (ECF No. 15) |
| Defendant. | |

IT IS ORDERED that plaintiff Irma Rodriguez's motion to amend complaint (ECF No. 15) is GRANTED as unopposed. LR 7-2(d).

IT IS FURTHER ORDERED that, pursuant to Local Rule LR 15-1(b), within 10 days of the date of this order plaintiff Irma Rodriguez shall file and serve the first amended complaint that is attached to her motion.

DATED this 1st day of March, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE