# EXHIBIT LIST

**Page 1**

Case #   2:16-cv-02447-APG-CWH

Caption: Rodriguez v. Your First Choice

Exhibits for:

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 1 | | Deposition of Person Most Knowledgeable Janie Chavez |
| | | 2 | | First Amended Plaintiff's Notice of Taking Deposition of Person Most Knowledgeable (Exhibit 1 of Chavez Deposition) |
| | | 3 | | Plaintiff's Initial Disclosures |
| | | 4 | | Defendant's Initial Disclosures and Supplements Thereto |

**page 2**

Case #   2:16-cv-02447-APG-CWH

Caption: Rodriguez v. Your First Choice

Exhibits for:

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 5 | | Defendant's Answer |
| | | 6 | | Defendant's Amended Answer |
| | | 7 | | Plaintiff's Complaint |
| | | 8 | | Plaintiff's First Amended Complaint |

**page 3**

Case #   2:16-cv-02447-APG-CWH

Caption: Rodriguez v. Your First Choice

Exhibits for:

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 9 | | Defendant's Responses to Interrogatories, Requests for Admissions and Requests for Production of Documents |
| | | 10 | | Plaintiff's Supplemental Disclosures including Bates Stamped Document RODRIGUEZ 0001 (Exhibit 8 of Chavez Deposition) |
| | | 11 | | First Choice Credit Application (Bates Stamped IRMA 0001) |
| | | 12 | | Transunion Credit Report (Bates Stamped IRMA 0002-0005) |

**page 4**

Case #   2:16-cv-02447-APG-CWH

Caption: Rodriguez v. Your First Choice

Exhibits for:

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 13 | | Income Worksheet (Bates Stamped IRMA 0006) |
| | | 14 | | Free Running Inc. pay statements (Bates Stamped IRMA 0007-0010) |
| | | 15 | | Verify your phone number form (Bates Stamped IRMA 0011-0012) |
| | | 16 | | Vehicle Appraisal Form (Bates Stamped IRMA 0013) |

**page 5**

Case #   2:16-cv-02447-APG-CWH

Caption: Rodriguez v. Your First Choice

Exhibits for:

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 17 | | Certification of Income (Bates Stamped IRMA 0014-0015) |
| | | 18 | | Allstate vehicle liability insurance card (Bates Stamped IRMA 0016) |
| | | 19 | | Passport (Bates Stamped IRMA0017-0019) |
| | | 20 | | Consumer Credit Disclosure – Promissory Note (Bates Stamped IRMA 0020-0024) |

**page 6**

Case #   2:16-cv-02447-APG-CWH

Caption: Rodriguez v. Your First Choice

Exhibits for:

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 21 | | Customer Receipt/Repayment Plan Receipt (Bates Stamped IRMA 0025-0028) |
| | | 22 | | Consumer Credit Disclosure – Promissory Note (Bates Stamped IRMA 0029-0033) |
| | | 23 | | Computer printout of call log (Bates Stamped IRMA 0034-0036) |
| | | 24 | | Account summary (Bates Stamped IRMA 0037) |

**page 7**

Case #   2:16-cv-02447-APG-CWH

Caption: Rodriguez v. Your First Choice

Exhibits for:

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 25 | | Insurance Policy (Bates Stamped IRMA 0038-0140) |
| | | 26 | | First Choice Loans Training Manual (Bates Stamped IRMA 0141-0167) |
| | | 27 | | Denial Letter from USLI (Bates Stamped IRMA 0168-0176) |
| | | 28 | | Surety Bond (Bates Stamped IRMA 0177-0180) |

**page 8**

Case #   2:16-cv-02447-APG-CWH

Caption: Rodriguez v. Your First Choice

Exhibits for:

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 29 | | Screen print-out (Bates Stamped IRMA 0181-0182) |
| | | 30 | | Plaintiff's Responses to Defendant's First Set of Interrogatories, Requests for Admissions and Requests for Production of Documents. |
| | | 31 | | Note dated 10/21/2016 from First Choice Loans |