# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IRMA RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YOUR FIRST CHOICE, LLC d/b/a FIRST CHOICE PAYDAY LOAN,<br><br>　　　　　Defendant. | Case No. 2:16-cv-02447-APG-CWH<br><br>**ORDER FOR SUPPLEMENTAL BRIEFS ON JURY INSTRUCTIONS** |

The parties submitted joint proposed jury instructions. ECF No. 56. Those instructions include charges under the Nevada Fair Debt Collection Practices Act, incorporating the federal Fair Debt Collection Practices Act, and the Fair Credit Reporting Act. I have some questions about the charges which were not addressed in the instructions, and which the parties are ordered to address in briefs immediately.

1. With respect to the actions listed in charges 1–3 of Count I, must the jurors unanimously agree on the same action or actions?
2. With respect to the actions listed in charge 2 of Count I, must the jury find that the actions occurred more than one time?

IT IS HEREBY ORDERED that the parties shall confer about these issues immediately. If they cannot reach an agreement, they shall submit briefs addressing these questions by **tomorrow, April 27 at 12:00 pm.**

DATED this 26th day of April, 2018.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE