David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiff,
IRMA RODRIGUEZ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IRMA RODRIGUEZ,<br><br>                    Plaintiff,<br><br>     vs.<br><br>YOUR FIRST CHOICE, LLC D/B/A FIRST CHOICE PAYDAY LOAN,<br><br>                    Defendant(s). | Case No.:  **2:16-cv-02447-APG-CWH**<br><br>**NOTICE OF SETTLEMENT BETWEEN IRMA RODRIGUEZ AND YOUR FIRST CHOICE, LLC D/B/A FIRST CHOICE PAYDAY LOAN** |

**NOTICE IS HERBY GIVEN** that the dispute between IRMA RODRIGUEZ ("Plaintiff") and Defendant YOUR FIRST CHOICE, LLC D/B/A FIRST CHOICE PAYDAY LOAN ("FIRST CHOICE") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against FIRST CHOICE, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to FIRST CHOICE be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to FIRST CHOICE.

Dated: April 27, 2018

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*IRMA RODRIGUEZ*