David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, IRMA RODRIGUEZ*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IRMA RODRIGUEZ,<br><br>          Plaintiff,<br>v.<br><br>YOUR FIRST CHOICE, LLC D/B/A FIRST CHOICE PAYDAY LOAN,<br><br>          Defendants. | Case No. 2:16-cv-02447-APG-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

      Plaintiff IRMA RODRIGUEZ and Defendant YOUR FIRST CHOICE, LLC D/B/A FIRST CHOICE PAYDAY LOAN hereby stipulate and agree that the

…

…

…

above-entitled action shall be dismissed with prejudice in accordance with Fed.R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated: June 21, 2018

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/Andrew H. Pastwick, Esq.<br>Andrew H. Pastwick, Esq.<br>Nevada Bar No. 9149<br>LAW OFFICE OF ANDREW H. PASTWICK, LLC<br>1810 E Sahara Avenue, Suite 120<br>Las Vegas, NV 89104<br>*Attorney for Defendant* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: June 21, 2018.